PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Dante Georeno                                        Cr.:04-530-02(FLW)

Name of Sentencing Judicial Officer: Freda L. Wolfson

Date of Original Sentence: 05/25/2006

Original Offense: (Count 5) Conspiracy to Maintain a Person Convicted of a Felony

Original Sentence: 12 months and 1 day custody; Three Years Supervised Release; Special Conditions: 1) Financial Disclosure; 2) Mental Health Evaluation/Treatment as directed by the U.S. Probation Office; 3) No New Credit/Debt and 5) Submit DNA Sample.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 05/02/2007

### PETITIONING THE COURT

[ ]  To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant is to be confined to his residence for a period of 6 months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.18 per day.

### CAUSE

During an office visit on October 24, 2008, the probation officer observed that the offender's right hand was injured. Upon questioning, Mr. Georeno claimed that he accidently cut his hand while slicing fruit. Upon further questioning, the offender admitted that he was injured in an altercation with his girlfriend on or about October 19, 2008, at her home in Philadelphia, Pennsylvania. According to Mr. Georeno, during this incident his girlfriend, Jacklynn Brennan, threatened him with a knife. The offender states that as he was disarming her he sustained the wound which required 13 stitches to close. Mr. Georeno did not report this incident to the police. It is noted that two children under 10 years of age were reportedly present in the home at the time of this altercation. Ms. Brennan is the offenders ex-girlfriend, and they have one child together, Anthony, age 4. The offender reported he was visiting Anthony when this incident occurred. Given that there were two previous incidents on June 12, 2004, and March 8, 2008, between the offender and Ms. Brennan, Mr. Georeno was prohibited by the probation office from

further contact with Ms. Brennan without the approval of the probation office. As a standard condition of Supervised Release, Mr. Georeno was also prohibited from leaving the District of New Jersey without permission. On October 24, 2008, Mr. Georeno acknowledged that over the past month he had been traveling weekly to Philadelphia, Pennsylvania, and had contact with Ms. Brennan.

The Philadelphia Police Department and the Philadelphia Department of Human Services were immediately contacted and are currently investigating the foregoing altercation. We will keep your honor appraised of developments as they occur. In the meantime, the added condition will serve to enhance the offenders accountability to this office.

Respectfully submitted,

By: Evan M. Dorfman
U.S. Probation Officer
Date: 10/31/2008

THE COURT ORDERS:

[✓] **The modification of Supervised Release conditions as noted above.**
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

11/10/08
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant is to be confined to his residence for a period of 6 months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.18 per day.

Witness: _____          Signed: _____
U.S. Probation Officer                               Probationer of Supervised Releasee
Evan M. Dorfman                                      Dante Georeno

_____10/29/08_____
DATE